■ In the Matter of KAPSON CONSTRUCTION CORP., Appellant, v McDOWELL ELECTRIC CORP., Respondent. [643 NYS2d 370] —In a proceeding pursuant to CPLR article 75 to stay arbitration, the petitioner appeals from an order of the Supreme Court, Suffolk County (Lama, J.), dated May 16, 1995, which denied its petition for a permanent stay of arbitration.

Ordered that the order is affirmed, with costs (*see, Matter of Kapson Constr. Corp. v ARA Plumbing & Heating Corp.,* 227 AD2d 484 [decided herewith]). Balletta, J. P., Sullivan, Copertino and Krausman, JJ., concur.